717

No. 127. SEVEN UP CO. v. CHEER UP SALES CO. ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Frank Y. Gladney* and *John H. Cassidy* for petitioner. *Oliver T. Remmers* for respondents.

No. 128. LIBERTY MUTUAL INSURANCE CO. ET AL. v. PILLSBURY, DEPUTY COMMISSIONER, ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Theodore Hale* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for the Deputy Commissioner, respondent.

No. 133. CHATZ, TRUSTEE IN BANKRUPTCY, v. MIDCO OIL CORP. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *William S. Kleinman* for petitioner. *Samuel A. Boorstin* and *M. K. Hobbs* for respondent.

No. 135. CONTINENTAL BANK & TRUST CO., TRUSTEE, v. WINTER. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Louis B. Fine* for petitioner. *David W. Kahn* for respondent.

No. 136. LLOYD v. COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit de-